JACOB D. BUNDICK
Nevada Bar No. 9722
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
CHRISTIAN T. SPAULDING
Nevada Bar No. 14277
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
Tel:     (702) 792-3773
Fax:     (702) 792-9002
Email: bundickj@gtlaw.com
          welchkirmsew@gtlaw.com
          spauldingc@gtlaw.com
*Attorneys for Defendant*
*Specialized Loan Servicing LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DAN THOMPSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING LLC,<br>TRANS UNION LLC, and EQUIFAX<br>INFORMATION SERVICES LLC,<br><br>                    Defendants. | CASE NO. 2:20-cv-01289<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(FIRST REQUEST)** |

COME NOW, the parties above named, by and through counsel, and move the Honorable Magistrate Judge for an order continuing discovery and submit the instant stipulation in accordance with LR 6-1 and LR 26-4.  The parties have conferred and agree that a sixty (60)-day extension of discovery is both necessary and warranted.  No previous requests or extensions for time in which to complete discovery in this matter have been requested.  Good cause exists for the extension pursuant to Local Rule 26-4 as follows:

The parties are requesting a discovery extension due to scheduling conflicts that make it impossible to complete party depositions prior to the current close of discovery.  This Stipulation and

request for extension of discovery dates is made more than twenty-one (21) days before the expiration of the deadline for discovery in this case, which is currently February 1, 2021.

(a)     **DISCOVERY THAT HAS BEEN COMPLETED:**

Counsel for the respective parties participated in a discovery planning conference pursuant to Fed.R.Civ.P. 26(f).  Lists of witnesses and document productions were thereafter exchanged by and between the parties.

Plaintiff's counsel served written discovery on Defendants, with responses due on December 18, 2020.

Counsel for Trans Union, LLC ("TU") served written discovery on Plaintiff, with responses due on December 21, 2020.

Counsel for Specialized Loan Servicing, LLC ("SLS") served written discovery on Plaintiff, with responses due on December 30, 2020.

Plaintiff noticed the deposition of SLS's Person Most Knowledge ("PMK") under FRCP 30(b)(6) to occur on December 30, 2020.  However, SLS and its counsel are not available on the noticed date and are working with Plaintiff's counsel to re-schedule the deposition for mid to late January.

(b)     **DISCOVERY THAT REMAINS TO BE COMPLETED:**

The parties are currently in the process of conducting discovery. The parties will respond to each other's written discovery later this month.  Additionally, Plaintiff intends to take the deposition of SLS's PMK.  Defendants intend to depose Plaintiff and his spouse.  The deadline for serving initial expert reports has passed with no party disclosing the same; therefore, there will be no expert discovery necessary.

(c)     **REASONS DISCOVERY WILL NOT BE COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN:**

Due to the holidays and the parties' schedules, the remaining depositions cannot be completed before the discovery cutoff.  Further, the parties request additional time to allow for any possible settlement negotiations to take place prior to incurring the expense of party depositions.

(d)     **PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**:

The parties hereby stipulate and request that discovery dates in this matter be continued for an additional sixty (60) days.

2

| CURRENT DATE | PROPOSED DATE |
|---|---|
| Close of Discovery:   February 1, 2021 | Friday, April 2, 2021 |
| Amend Pleadings/add parties:  November 2, 2020 | Passed |
| Expert Disclosures:   December 2, 2020 | Passed |
| Rebuttal Experts:   January 4, 2021 | Moot- no change requested |
| Dispositive Motions:  March 2, 2021 | Monday, May 3, 2021 |
| Pre-Trial Order:   April 1, 2021 | Monday, May 31, 2021 |

The parties request that the Court approve the proposed extension of time as outlined above.

DATED this 15th day of December, 2020.

DATED this 15th day of December, 2020.

**GREENBERG TRAURIG, LLP**

**KIND LAW**

_/s/Jacob D. Bundick_

JACOB J. BUNDICK, ESQ.
Nevada Bar No. 9772
WHITNEY L. WELCH-KIRMSE, ESQ.
Nevada Bar No. 12129
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada  89135
_Attorneys for Defendant_
_Specialized Loan Servicing LLC_

_/s/Michael Kind_

MICHAEL KIND, ESQ.
Nevada Bar No. 13903
8860 South Maryland Pkwy, Suite 106
Las Vegas, Nevada 89123

George Haines, Esq.
FREEDOM LAW FIRM
8985 South Eastern Avenue, Suite 350
Henderson, Nevada 89123
_Attorneys for Plaintiff_

DATED this 15th day of December, 2020.

**QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.**

_/s/ Jennifer R. Bergh_

JENNIFER REBECCA BERGH, ESQ.
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
_Attorneys for Trans Union LLC_

**ORDER**

IT IS SO ORDERED.

DATED:  December 16, 2020

U.S. MAGISTRATE JUDGE