George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Kristine Thompson*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kristine Thompson,<br><br>                    Plaintiff,<br>  v.<br><br>Specialized Loan Servicing LLC, Trans Union LLC, and Equifax Information Services LLC,<br><br>                    Defendant. | Case No.: 2:20-cv-01289-JAD-EJY<br><br>**Order Denying as Moot Stipulation to Dismiss Dan Thompson's Claims Against Specialized Loan Servicing, LLC** |

   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Dan Thompson and Specialized Loan Servicing LLC stipulate to dismiss Plaintiff's claims against Specialized Loan Servicing LLC with prejudice.

///

///

STIPULATION                                    - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 26, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Dan Thompson*

**GREENBERG TRAURIG, LLP**

/s/ Jacob Bundick
Jacob Bundick, Esq.
10845 Griffith Peak Dr., Suite 600
Las Vegas, Nevada 89135
*Counsel for Specialized Loan Servicing LLC*

**Order**

The docket text associated with the stipulation filed at ECF No. 18 states that it was filed by plaintiff Kristine C. Thompson. But the document itself states that it is a stipulation signed by "Counsel for Plaintiff Dan Thompson" and purports to be between "Dan Thompson and Specialized Loan Servicing, LLC." But Dan's claims against Specialized Loan were dismissed with prejudice on June 4, 2021. ECF No 34 (Minute Order construing stipulations at ECF Nos. 32, 33 as joint motions to dismiss Dan's claims against Specialized Loan and granting the same). To the extent that counsel seek to dismiss Kristine's claims against Specialized Loan, they must file a joint motion seeking that relief and phrase it for the correct plaintiff. IT IS THEREFORE ORDERED that the parties' stipulation to dismiss **[ECF No. 37] is DENIED as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 16, 2021