**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
**Counsel for Trans Union LLC**

**\*\*Designated Attorney for Personal Service\*\***
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAN THOMPSON AND KRISTINE C. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING LLC, TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No. 2:20-cv-01289-JAD-EJY<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC**<br><br>ECF No. 39 |

  Plaintiffs Dan Thompson and Kristine Thompson, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

  There are no longer any issues in this matter between Dan Thompson and Kristine Thompson and Trans Union LLC to be determined by this Court. Plaintiffs and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

3624293.1

Dated this 21st day of September 2021.

| /s/ Jennifer Bergh | /s/ Michael Kind |
|---|---|
| Jennifer Bergh | George Haines |
| jbergh@qslwm.com | Ghaines@freedomlegalteam.com |
| Nevada Bar No. 14480 | Freedom Law Firm |
| Quilling Selander Lownds | 8985 S. Eastern Avenue |
| Winslett & Moser, P.C. | Suite 350 |
| 2001 Bryan Street, Suite 1800 | Las Vegas, NV 89123 |
| Dallas, Texas 75201 | (702) 880-5554 |
| (214) 560-5460 | (702) 385-5518 Fax |
| (214) 871-2111 Fax | and |
| **Counsel for Trans Union LLC** | Michael Kind |
| | mk@kindlaw.com |
| | Kind Law |
| | 8860 S. Maryland Parkway |
| | Suite 106 |
| | Las Vegas, NV 89123 |
| | (702) 337-2322 |
| | (702) 329-5881 Fax |
| | **Counsel for Plaintiffs** |

## ORDER

Based on the parties' stipulation **[ECF No. 39]** and good cause appearing, and because this stipulation resolves all remaining claims and parties, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 21, 2021

3624293.1

1